

1997 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-31-1997

# DeBlase v. Roth

Precedential or Non-Precedential:

Docket
96-1088

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1997

Recommended Citation

"DeBlase v. Roth" (1997). *1997 Decisions.* Paper 256.
http://digitalcommons.law.villanova.edu/thirdcircuit_1997/256

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1997 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 96-1088
_____


THOMAS DEBLASE,

Appellant

v.

LAWRENCE V. ROTH, WARDEN, MONTGOMERY COUNTY
CORRECTIONAL FACILITY; THE ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA
_____


Argued February 6, 1997

Before: STAPLETON and MANSMANN, Circuit Judges,
and RESTANI*, Judge

Reargued En Banc October 29, 1997

Before:  SLOVITER, Chief Judge, BECKER, STAPLETON,
MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD,
ALITO, ROTH, LEWIS, McKEE, Circuit Judges


_____


O R D E R


        This matter having come before the court en banc by
order of this court dated July 30, 1997, following the grant of
rehearing pursuant to this court's Internal Operating Procedure
9.4.1., it is hereby

_____

*    Hon. Jane A. Restani, Judge, United States Court of    International
Trade, sitting by designation.

        O R D E R E D  that the order of the district court
dated January 11, 1996 denying and dismissing appellant's
petition for a writ of habeas corpus under 28 U.S. Code  2254
be and is hereby affirmed by an equally divided court.
        Each party shall bear its own costs.
                By the Court,

                    /s/ Dolores K. Sloviter
                    Chief Judge




Dated: October 31, 1997